Joseph B. Cronin, appellee, v. Checker Taxi Company, appellant. Gen. No. 31,562.

Action for personal injuries suffered by passenger in taxicab by automobile collision. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Cook, Albert, Heren & Lorentz, for appellant. Joseph D. Ryan, for appellee; Edmund M. Sinnott, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Andrew P. Miller, for and on behalf of Andrew Robert Miller, plaintiff in error, v. John Pecor and Delia Pecor, defendants in error. Gen. No. 31,615.

Habeas corpus by father for custody of minor child. Denied. Error to the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 19, 1927.

Michael F. Girten and Oke L. Pearson, for plaintiff in error. No appearance for defendants in error.

Mr. Justice Holdom delivered the opinion of the court.

---

Albert Roggenbuck and Augusta Roggenbuck, appellees, v. A. Julius Breuhaus, appellant. Gen. No. 31,654.

Action for damages for breach of contract. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 19, 1927.

George W. Thoma and E. Marshall Amberg, for appellant. D. W. Parker, for appellees.

Mr. Justice Holdom delivered the opinion of the court.

---

Anderson & Lind Manufacturing Company, appellee, v. W. W. Hill et al., on appeal of Bert M. Kohler and Helen E. Kohler, appellants. Gen. No. 31,329.

Suit to enforce mechanic's lien. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Wyman, Hopkins, McKeever & Colbert, for appellants; Austin L. Wyman, of counsel. A. S. and E. W. Froehlich, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

Shraiberg Manufacturing Company for use of Robert Bachrach, appellee, v. Delaware Insurance Company of New York, appellant. Gen. No. 31,382.

Shraiberg Manufacturing Company for use of Robert Bachrach, appellee, v. The Girard Fire & Marine Insurance Company of Philadelphia, appellant. Gen. No. 31,383.

Shraiberg Manufacturing Company for use of Robert Bachrach, appellee, v. Liverpool, London & Globe Insurance Company, Ltd., of London, England, appellant. Gen. No. 31,384.

Shraiberg Manufacturing Company for use of Robert Bachrach, appellee, v. The London, Lancashire Insurance Company, Ltd., of London, England, appellant. Gen. No. 31,385.

Shraiberg Manufacturing Company for use of Robert Bachrach, appellee, v. London & Scottish Assurance Corporation, Ltd., of London, England, appellant. Gen. No. 31,386.

Shraiberg Manufacturing Company for use of Robert Bachrach, appellee, v. Massachusetts Fire & Marine Insurance Company, appellant. Gen. No. 31,387.

Shraiberg Manufacturing Company for use of Robert Bachrach, appellee, v. National Security Fire Insurance Company, appellant. Gen. No. 31,388.

Shraiberg Manufacturing Company for use of Robert Bachrach, appellee, v. New Hampshire Fire Insurance Company, appellant. Gen. No. 31,389.

Shraiberg Manufacturing Company for use of Robert Bachrach, appellee, v. Patriotic Insurance Company, appellant. Gen. No. 31,390.

Shraiberg Manufacturing Company for use of Robert Bachrach, appellee, v. The Royal Exchange Assurance Company, appellant. Gen. No. 31,391.

Garnishment proceedings. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed October 19, 1927. Rehearing denied November 4, 1927.

Hicks & Folonie, for appellants. Moses, Kennedy, Stein & Bachrach, for appellees; Hirsch E. Soble, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

Harry Miller et al., appellees, v. Andrew X. Sorenson, appellant. Gen. No. 31,448.

Action to recover payments on mortgage and loan commission. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Willis F. Graham, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Hutson & Traeger, for appellant; Helmer E. Brandell, of counsel. Earl J. Walker, for appellees.

Mr. Justice Wilson delivered the opinion of the court.

---

Emanuel Peterson, administrator of the estate of Olaf Roland Peterson, deceased, appellant, v. The Baltimore & Ohio Chicago Terminal Railroad Company, appellee. Gen. No. 31,468.

Action for death by wrongful act. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Julius C. Kern, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Loesch, Scofield, Loesch & Richards, for appellant. Henry D. Sheean, for appellee.

Mr. Justice Wilson delivered the opinion of the court.